| | |
|---|---|
| ERIK J. OLSON (CA SBN 175815)<br>EJOlson@mofo.com<br>ERIC C. PAI (CA SBN 247604)<br>EPai@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: (650) 813.5600<br>Facsimile: (650) 494.0792<br><br>Attorneys for Plaintiff<br>SANDOZ INC. | Vernon M. Winters (SBN 130128)<br>Sue Wang (SBN 286247)<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104-1503<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br>vwinters@sidley.com<br><br>Nicholas Groombridge (*pro hac vice*)<br>Eric A. Stone (*pro hac vice*)<br>Jennifer H. Wu (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>ngroombridge@paulweiss.com<br><br>Wendy A. Whiteford (SBN 150283)<br>Lois M. Kwasigroch (SBN 130159)<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1789<br>Telephone: (805) 447-1000<br>Facsimile: (805) 447-1010<br>wendy@amgen.com<br><br>Attorneys for Defendants<br>AMGEN INC. and AMGEN<br>MANUFACTURING, LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDOZ INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>AMGEN INC. and AMGEN<br>MANUFACTURING, LIMITED,<br><br>        Defendants. | Case No. 3:19-cv-00977-RS<br><br>**AMENDED STIPULATION AND ORDER STAYING DISCOVERY AND DISCLOSURES** |

| 1 | Pursuant to Civil Local Rule 7-12, Plaintiff Sandoz Inc. ("Sandoz") and Defendants |
| 2 | Amgen Inc. and Amgen Manufacturing, Limited (collectively, "Amgen"), through their |
| 3 | undersigned counsel, hereby stipulate as follows: |

Pursuant to Civil Local Rule 7-12, Plaintiff Sandoz Inc. ("Sandoz") and Defendants Amgen Inc. and Amgen Manufacturing, Limited (collectively, "Amgen"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Sandoz filed a Complaint for Declaratory Judgment of Patent Noninfringement and Invalidity (ECF No. 1) with respect to Sandoz's biosimilar filgrastim and pegfilgrastim products on February 21, 2019;

WHEREAS, Amgen filed a Motion to Dismiss (ECF No. 22) on April 24, 2019;

WHEREAS, Sandoz intends to oppose the Motion to Dismiss;

WHEREAS, the parties agree that it would promote judicial economy and conserve the resources of the Court and the parties to defer discovery and disclosures until after the Motion to Dismiss is resolved;

NOW, THEREFORE, the parties hereby stipulate and request that the Court stay discovery and disclosures as follows:

1. While the Motion to Dismiss is pending, all deadlines shall be stayed for: (a) responding to discovery requests pursuant to Fed. R. Civ. P. 26 through 37; (b) initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1); and (c) contentions and disclosures pursuant to Patent Local Rules 3-1 through 3-9.

2. If the Motion to Dismiss is denied, the parties shall promptly meet and confer on a schedule for completing the stayed discovery and disclosures, with the deadlines for disclosures and contentions beginning no later than 30 days after the ruling on the Motion to Dismiss. The parties shall submit their proposed schedule to the Court within 10 days after the ruling on the Motion to Dismiss.

Dated: May 1, 2019

MORRISON & FOERSTER LLP

By: */s/ Erik J. Olson*
     Erik J. Olson

Attorneys for Plaintiff
SANDOZ INC.

Dated: May 1, 2019   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Nicholas Groombridge*
Nicholas Groombridge

Attorneys for Defendants
AMGEN INC. and AMGEN MANUFACTURING, LIMITED

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated: May 1, 2019   By: */s/ Erik J. Olson*
Erik J. Olson

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 3, 2019

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE