| | |
|---|---|
| ERIK J. OLSON (CA SBN 175815) <br> EJOlson@mofo.com <br> ERIC C. PAI (CA SBN 247604) <br> EPai@mofo.com <br> MORRISON & FOERSTER LLP <br> 755 Page Mill Road <br> Palo Alto, California 94304-1018 <br> Telephone: (650) 813.5600 <br> Facsimile: (650) 494.0792 <br><br> Attorneys for Plaintiff <br> SANDOZ INC. | Vernon M. Winters (SBN 130128) <br> Sue Wang (SBN 286247) <br> SIDLEY AUSTIN LLP <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104-1503 <br> Telephone: (415) 772-1200 <br> Facsimile: (415) 772-7400 <br> vwinters@sidley.com <br><br> Nicholas Groombridge (*pro hac vice*) <br> Eric A. Stone (*pro hac vice*) <br> Jennifer H. Wu (*pro hac vice*) <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 1285 Avenue of the Americas <br> New York, NY 10019-6064 <br> Telephone: (212) 373-3000 <br> Facsimile: (212) 757-3990 <br> ngroombridge@paulweiss.com <br><br> Wendy A. Whiteford (SBN 150283) <br> Lois M. Kwasigroch (SBN 130159) <br> AMGEN INC. <br> One Amgen Center Drive <br> Thousand Oaks, CA 91320-1789 <br> Telephone: (805) 447-1000 <br> Facsimile: (805) 447-1010 <br> wendy@amgen.com <br><br> Attorneys for Defendants <br> AMGEN INC. and AMGEN MANUFACTURING, LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDOZ INC., <br><br> Plaintiff, <br><br> v. <br><br> AMGEN INC. and AMGEN MANUFACTURING, LIMITED, <br><br> Defendants. | Case No. 3:19-cv-00977-RS <br><br> **STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE FOR AMGEN'S MOTION TO DISMISS** |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Sandoz Inc. ("Sandoz") and |
| 2 | Defendants Amgen Inc. and Amgen Manufacturing, Limited (collectively, "Amgen"), through |
| 3 | their undersigned counsel, hereby stipulate as follows: |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Sandoz Inc. ("Sandoz") and Defendants Amgen Inc. and Amgen Manufacturing, Limited (collectively, "Amgen"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Amgen filed a Motion to Dismiss (ECF No. 22) on April 24, 2019;

WHEREAS, under the existing briefing schedule, Sandoz's opposition to the motion to dismiss is due today, May 8, 2019, and Amgen's reply is due May 15, 2019;

WHEREAS, today the Court of Appeals for the Federal Circuit issued its opinion in the appeal from the related cases *Amgen Inc. v. Sandoz Inc.*, Case No. 3:14-cv-04741-RS, and *Amgen Inc. v. Sandoz Inc.*, Case No. 3:16-cv-02581-RS;

WHEREAS, a short extension of the briefing schedule on the motion to dismiss would allow the parties to consider and account for the Federal Circuit opinion before submitting their opposition and reply briefs;

WHEREAS, the parties believe the proposed extension is sufficiently short that it would still provide the Court with sufficient time between the completion of briefing and the hearing on the motion to dismiss;

NOW, THEREFORE, the parties hereby jointly request that the Court extend the time for Sandoz to file its opposition to May 13, 2019 and for Amgen to file its reply to May 20, 2019.

Dated: May 8, 2019

MORRISON & FOERSTER LLP

By: */s/ Erik J. Olson*
     Erik J. Olson

Attorneys for Plaintiff
SANDOZ INC.

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR AMGEN'S MOTION TO DISMISS
Case No. 3:19-cv-00977-RS
pa-1895553

1

Dated: May 8, 2019　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Nicholas Groombridge*
Nicholas Groombridge

Attorneys for Defendants
AMGEN INC. and AMGEN MANUFACTURING, LIMITED

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated: May 8, 2019　　　　　　　　　　　By: */s/ Erik J. Olson*
Erik J. Olson

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 8, 2019

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

Stipulation and [Proposed] Order Extending Briefing Schedule for Amgen's Motion to Dismiss
Case No. 3:19-cv-00977-RS.
pa-1895553

2